BELL *v.* WEYMAN & CONNORS.

LUMPKIN, J.—There was no abuse of discretion in refusing to grant the interlocutory injunction prayed for in this case.
December 4, 1894.                              *Judgment affirmed.*

Petition for injunction.   Before Judge LUMPKIN.   Fulton county.   September 3, 1894.

T. C. BATTLE and W. I. HEYWARD, for plaintiff.
KING & ANDERSON, for defendants.

---

THE ALDINE MANUFACTURING COMPANY *v.* WARNER *et al.*

ATKINSON, J.—The case involving questions both of law and fact, and the trial court having granted a first new trial, without basing its judgment on any special ground, this court will not closely scrutinize the record for the purpose of determining whether or not the judgment of the court below in granting a new trial was erroneous, but will adhere to the general rule applicable in such cases.
November 12, 1894.                              *Judgment affirmed.*

Action on note.   Before Judge WESTMORELAND.   City court of Atlanta.   March term, 1894.

L. P. SKEEN, for plaintiff.   CULBERSON & HUNT, C. B. REYNOLDS and KING & ANDERSON, for defendants.

---

